| Date | Pleading Number | |
|---|---|---|
| | | w/exhibits A&B and Cert of service |
| 3/15/76 | 1 | MOTION -- BRIEF -- REICH, WEINER & CO. (Defendant) |
| | | SUGGESTED TRANSFEREE DISTRICT -- S.D. NEW YORK |
| 3/29/76 | 2 | RESPONSE -- PLAINTIFF SCHWARTZ w/ cert. of service |
| 3/29/76 | | APPEARANCES -- WILLIAM EGAN -- Stuart D. Wechsler, Esq. |
| | | JOHANNA H. KRANZ -- Alfred S. Julien, Esq. |
| | | FRANK SCHWARTZ -- Paul M. Bernstein, Esq. |
| | | GENERICA CORP. OF AMERICA -- Leonard R. Glass, Esq. |
| | | JERRY ZELIN -- Charles Haydon, Esq. |
| 3/31/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing, April 23, 1976 Washington, D. C. |
| 4/1/76 | 3 | RESPONSE -- JERRY ZELIN w/cert. of service |
| 4/1/76 | 4 | RESPONSE -- PLAINTIFF WILLIAM EGAN w/ cert. of service |
| 4/2/76 | 5 | RESPONSE -- PLAINTIFF KRANZ |
| 4/12/76 | | APPEARANCE -- GENERICS CORP. OF AMERICA -- Richard G. McGahren, Esq. |
| 4/20/76 | | WAIVER OF ORAL ARGUMENT -- April 23, 1976 Hearing, Washington, D.C. Plaintiff Schwartz and Defendant Zelin |
| 4/23/76 | 6 | SUPPLEMENTAL MEMORANDUM -- Movant Reich, Weiner & Co. w/cert. of Service |
| ~~6/8/76~~ | | ~~TRANSFER ORDER CONSOLIDATING~~ |
| 6/8/76 | | CONSENT OF TRANSFEREE COURT -- to the assignment of the actions A-1 thru A-3 to the Honorable Lawrence W. Pierce |
| 6/8/76 | | TRANSFER ORDER -- transferring the actions A-1 thru A-3 to the SOUTHERN DISTRICT OF NEW YORK AND ASSIGNED TO THE HONORABLE LAWRENCE W. PIERCE. |
| 4/21/77 | = | B-1 National State Bank, Elizabeth N.J. v. Reich, Weiner & Co., D.N.J. C.A. No. 77-132 -- CTO filed today. Notified counsel, involved judges |
| 5/6/77 | | B-1 National State Bank, Elizabeth, N.J. vReich, WEiner & Co., D. N.J. C.A. No. 77-132 -- NOTICE OF OPPOSITION FILED TODAY Plaintiff --State Bank |
| 5/24/77 | | B-1 National State Bank, Elizabeth, N.J. v. Reich Weiner & Co., D.N.J., Civil Action No. 77-132 ORDER LIFTING STAY OF CTO CTO final today. Notified involved judges, clerks and counsel. |

DOCKET NO. 251 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MDL-251 -- IN RE GENERICS CORPORATION OF AMERICA SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) \_\_\_\_\_3/76\_\_\_\_\_

Date(s) of Opinion(s) or Order(s)  6/8/76

Consolidation Ordered  X          Name of Transferee Judge  LAWRENCE W. PIERCE

Consolidation Denied  \_\_\_\_         Transferee District  SOUTHERN DISTRICT OF NEW YORK  (M-21-17)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William Egan v. Reich, Weiner & Co., et al. | S.D.N.Y. Pierce | 75 Civ. 6295 | | | 7/5/79 | |
| A-2 | Johanna H. Krantz, etc. v. Generics Corp. of America, et al. | D.N.J. Lacey | 76-132 | 6/8/76 | 76 Civ 2590 LWP | 7/5/79 | |
| A-3 | Frank Schwarts, etc. v. Generics Corp. of America, et al. | D.N.J. Lacey | 76-41 | 6/8/76 | 76 Civ. 2589 LWP | 7/5/79 | |
| B-1 | The National State Bank, Elizabeth, N.J., etc. v. Reich, Weiner & Co. | D.N.J. | 77-132 | 5/24/77 | 77-2722 | 7/5/79 | |
| XYZ-1 | Generics Corporation of America v. National Union Fire Ins. Co. | S.D.N.Y. | 77 Civ. 4014 | | | 7/5/79 | |
| XYZ-2 | Shapiro v. National Union Fire Ins. Co. | S.D.N.Y. | 77 Civ 2789 | | | 7/23/79 | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 251 -- IN RE GENERICS CORPORATION OF AMERICA SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| WILLIAM EGAN (A-1)<br>Stuart D. Wechsler, Esq.<br>Kass, Goodkind, Wechsler & Gerstein<br>122 East 42nd Street<br>New York, New York  10017 | REICH, WEINER & COMPANY<br>GENERICS CORP. OF AMERICA<br>Richard G. McGahren, Esquire<br>D'Amato, Costello & Shea<br>116 John Street<br>New York, New York  10038 |
| JOHANNA H. KRANZ (A-2)<br>Alfred S. Julien, Esquire<br>Julien & Schlesinger<br>2 Lafayette Street<br>New York, New York  10007 | |
| FRANK SCHWARTZ (A-3)<br>Paul M. Bernstein, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York  10016 | JERRY ZELIN<br>Charles Haydon, Esquire<br>Dublirer, Haydon & Straci<br>67 Wall Street<br>New York, New York  10005<br><br>S. M. STANCARONE<br>218 Smith Avenue<br>Holbrook, New York |
| THE NATIONAL STATE BANK ELIZABETH, N.J. (B-1)<br>Alfred J. Lechner, Esquire<br>MacKenzie, Welt, Duane & Lechner<br>One Elizabethtown Plaza<br>Elizabeth, New Jersey  07202 | STUART FRIEDMAN<br>27 Sandy Court<br>Lake Grove, New York |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 251 -- IN RE GENERICS CORPORATION OF AMERICA SECURITIES LITIGATION
do

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| REICH, WEINER & CO. | A-1  A-2  A-3  B-1 |
| GENERICS CORP. OF AMERICA | A-1  A-2  A-3 |
| JERRY ZELIN | A-1  A-2  A-3 |
| S. M. STANCARONE | A-2  A-3 |
| STUART FRIEDMAN | A-2 |
| MURRAY A. MOSKOVITZ | A-1 |
| WILLIAM SHAPIRO | A-1 |
| JOSEPH KEMPLY | A-1 |
| ARTHUR FALKIN | A-1 |
| PAUL EMLICH | A-1 |

p. _____

| | |
|---|---|
| LEONARD C. TOBIN | A-1 |
| LEIGH ABRAMS | A-1 |
| PHILLIP M. GETTER | A-1 |
| S. M. STANCARONE | |
| STUART FRIEDMAN | |
| | |
| | |
| | |
| | |
| | |
| | |