JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 251   JUN -8 1976

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA S. HOWARD
CLERK OF THE PANEL

IN RE GENERICS CORPORATION OF AMERICA SECURITIES LITIGATION

TRANSFER ORDER

     It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the actions pending in the District of New Jersey to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district before the Honorable Lawrence W. Pierce, and the Panel having found upon consideration of the papers submitted and the hearing held that these actions involve common questions of fact and that transfer will serve the convenience of the parties and their witnesses and promote the just and efficient conduct of this litigation,

     IT IS ORDERED that the actions listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Lawrence W. Pierce for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

DOCKET NO. 251

SOUTHERN DISTRICT OF NEW YORK

William Egan v. Reich, Weiner & Co., et al.

Civil Action No. 75 Civ. 6275

DISTRICT OF NEW JERSEY

Johanna H. Krantz, etc. v. Generics Corp. of America, et al.

Civil Action No. 76-132

Frank Schwartz, etc. v. Generics Corp. of America, et al.

Civil Action No. 76-41

SCHEDULE A                                                    DOCKET NO. 251